Anthony DACRE, Plaintiff—Appellant,

v.

Doctor CLEMITS; Ms. Coleman, Medical Director at Geo Inc. Private Entity for VA D.O.C.; Major Reynolds; Employees of Virginia Department of Corrections; Employees of Prison Health Services, Defendants—Appellees.

No. 07–6901.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 14, 2007.

Decided: Dec. 3, 2007.

Anthony Dacre, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dacre appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dacre v. Clemits,* No. 1:07–cv–00166–JCC (E.D.Va. May 18, 2007). Additionally, we deny Dacre's motions for appointment of counsel and for injunctive relief. We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*